UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BLAKE D. JOHNSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JULIE A. SU, as UNITED STATES )<br>ACTING SECRETARY OF LABOR, )<br>)<br>Defendant. ) | Case No. 4:23-cv-04233-SLD-JEH |

## ORDER

Before the Court is Petitioner Blake D. Johnson's petition for relief from the prohibition in section 504(a) of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. § 504(a), against him serving as a union representative due to a prior criminal conviction in Knox County, Illinois, ECF No. 1. Under section 504(a), the United States district court for the district in which a person's crime was committed may determine that his service in specified positions of a labor organization would not be contrary to the purposes of the statute. Prior to making such a determination, "the court shall hold a hearing and shall give notice of such proceeding by certified mail to the Secretary of Labor and to State, county, and Federal prosecuting officials in the jurisdiction or jurisdictions in which such person was convicted." 29 U.S.C. § 504(a). Accordingly, the Court issues the following notice of proceeding, briefing schedule, and evidentiary hearing date.

IT IS HEREBY ORDERED that the Clerk of Court send this notice of 29 U.S.C. § 504(a) proceeding, along with a copy of the petition, ECF No. 1, by certified mail to the following recipients:

- United States Secretary of Labor

1

- Office of the Attorney General for the State of Illinois

- Office of the State's Attorney of Knox County, Illinois

- Office of the United States Attorney for the Central District of Illinois

IT IS FURTHER ORDERED that any opposition to the petition be filed on or before March 8, 2024, and that any reply be filed on or before March 20, 2024.

IT IS FURTHER ORDERED that the statutorily required evidentiary hearing on the petition is scheduled for March 27, 2024 at 1:00 p.m. at the U.S. Courthouse, 100 N.E. Monroe St., Peoria, IL, 61602 before Chief Judge Sara Darrow.

IT IS SO ORDERED.

Entered this 24th day of January, 2024.

s/ Sara Darrow<br>
SARA DARROW<br>
CHIEF UNITED STATES DISTRICT JUDGE